UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEON R. SELIGMAN,<br><br>               Plaintiff,<br><br>      v.<br><br>TIMOTHY R. COMMERFORD, and DOES 1 through 100, inclusive,<br><br>               Defendants. | CASE NO. C04-919RSM<br><br>ORDER ON MOTION TO CONTINUE TRIAL DATE |

      This matter is before the Court on plaintiff's motion to continue the trial date (Dkt. # 79). Plaintiff has advised the Court that this matter has been settled, but awaits the approval of the Trustee in bankruptcy. Defendant has not opposed the motion. Accordingly, plaintiff's motion to continue the trial date is GRANTED and the trial date and all associated dates are STRICKEN. Plaintiff shall advise the Court on or before July 1, 2005 of the status of this matter in the bankruptcy court.

      The Court also STRIKES from the motion calendar the following pending motions in this case: defendant's motion for summary judgment (Dkt. # 54), motion to compel (Dkt. # 56), and motions in limine (Dkt. # 63), as well as plaintiff's motion to dismiss (Dkt. # 62). In the event the parties fail to perfect the settlement, these motions may be re-noted on the Court's calendar.

      DATED this    20    day of    May   , 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO CONTINUE TRIAL DATE - 1